BARRY MORRIS, SBN #48368
Attorney at Law
1220 Oakland Blvd. #200
Walnut Creek, CA 94596
(925) 934-1100
fax: (925) 934-1122
barrymorris@mac.com

Attorney for Defendant
BENITO JULIAN LUNA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO JULIAN LUNA, | No. CIV S-04-0627 FCD GGH |
| Petitioner, | |
| v. | |
| SCOTT KERNAN, | |
| Respondent./ | |

### Order Extending Time to File Status Report

GOOD CAUSE APPEARING THEREFOR, the time in which counsel for petitioner BENITO JULIAN LUNA must file a status report is extended until September 27, 2011

Dated: August 10, 2011        /s/ Gregory G. Hollows
                              _____
                              UNITED STATES MAGISTRATE-JUDGE