**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
  1477 Drew Avenue, Suite 106
  Davis, California 95616
  Telephone:   530.759.0700
  Facsimile:    530.759.0800

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BENITO JULIAN LUNA, | Case No.  CIV 04-0627 FCD GGH |
| Petitioner, | **SUBSTITUTION OF COUNSEL** |
| v. | |
| SCOTT KERNAN | |
| Respondent. | |

    Notice is hereby given that, subject to the approval of the court, BENITO JULIAN LUNA, petitioner in the above-entitled matter, and pursuant to Rule 83.182(g) of the Local Rules of the United States District Court for the Eastern District of California, accepts and substitutes appointed counsel, Barry Morris, CSBN 48368, 1220 Oakland Blvd., Suite 200, Walnut Creek, CA 94596, for JOSEPH J. WISEMAN as attorney of record in the above-captioned case.

    The Office of the Federal Defender consulted with Mr. Morris regarding the above-captioned case and recommends that Mr. Morris be appointed.

1

Substitution of Counsel Case no. CIV 04-0627 FCD GGH

Due to the need for new counsel to submit a Status Report by August 14, 2011, this Substitution is being filed without petitioner's signature. Petitioner has been advised, however, that new counsel will be appointed to represent him and a Substitution of Counsel form has been sent to him for signature.

Dated: August 5, 2011                           Respectfully submitted,

I accept the above substitution.

                                              By:   /s/ Joseph J. Wiseman

                                                   JOSEPH J. WISEMAN
                                                 Attorney for Defendant
                                                 BENITO JULIAN LUNA

I accept the above substitution.

Dated: August 5, 2011                           By:_____
                                                     BENITO JULIAN LUNA
                                                 Substitution sent to Petitioner for
                                                 Original Signature on file

I accept the above substitution.

Dated: August 5, 2011                           BARRY L. MORRIS

                                              By:   /s/ Barry L Morris
                                                  BARRY L. MORRIS

**ORDER**

      IT IS SO ORDERED.

Dated: September 12, 2011                       /s/ Gregory G. Hollows
                                                      _____
                                                    UNITED STATES MAGISTRATE JUDGE