IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENITO JULIAN LUNA,

    Petitioner,                    No. CIV S-04-0627 KJM GGH P

    vs.

SCOTT KERNAN,

    Respondent.                  <u>ORDER</u>

_____/

        A hearing was scheduled for February 16, 2012, however the parties filed a stipulation to move the hearing to March 23, 2012. The court's law and motion calendar is on Thursdays, therefore the hearing will be moved to March 22, 2012, at 10:00 am.

        Accordingly, IT IS HEREBY ORDERED that the hearing scheduled for February 16, 2012, is moved to March 22, 2012.

DATED: January 9, 2012

                                  /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH:AB
luna0627.ext

1