UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO JULIAN LUNA,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT KERNAN,<br><br>    Respondent. | No. 2:04-cv-0627 MCE GGH P<br><br><br>ORDER |

Petitioner is a state prisoner represented by counsel, proceeding with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Presently calendared for hearing on October 15, 2015 is petitioner's motion to expand the record.  Respondent has filed a non-opposition to the motion.

Accordingly, IT IS ORDERED that:

1. Petitioner's motion to expand the record, filed August 28, 2015 (ECF No. 65), is granted;

2. All exhibits submitted by petitioner in connection with the motion are admitted into the record; and

3. The hearing scheduled for October 15, 2015 is vacated.

Dated: October 6, 2015

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

1  GGH:076/Luna0627.exp

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28