UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO JULIAN LUNA, | No. 2:04-cv-0627 MCE GGH P |
| Petitioner, | |
| v. | ORDER |
| SCOTT KERNAN, | |
| Respondent. | |

Petitioner is a state prisoner represented by counsel, proceeding with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 22, 2015, this court issued findings and recommendations which contained a clerical error.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued December 22, 2015 are vacated.
2. Replacement findings and recommendations will be issued concurrently with this order.

Dated: December 23, 2015

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Luna0627.vacf&r